■ VINCENT D. IOCOVOZZI, Appellant, v GETNICK LIVINGSTON ATKINSON GIGLIOTTI & PRIORE, LLP, et al., Respondents. [873 NYS2d 230]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered November 30, 2008 in a legal malpractice action. The order, inter alia, granted the motion of defendants to compel certain nonparty depositions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Green and Pine, JJ.